UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 96CR2352-AJB |
|---|---|---|
| Plaintiff, | ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND TO RECALL ARREST WARRANT |
| v. | ) | |
| RODRIGO VILLARREAL, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice and that the arrest warrant be recalled.

IT IS SO ORDERED.

Dated: November 15, 2019

Hon. Anthony J. Battaglia
United States District Judge